# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| CURTIS JEROME LYTLE, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner | ) | 1:13-cv-00231 |
| | ) | 1:07cr00033-06 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 8, 2013 Order.

November 8, 2013

Frank G. Johns, Clerk
United States District Court